**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Columbus Lynn WHITE, Defendant–
Appellant.**

No. 13–2569.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 18, 2014.

Filed: March 21, 2014.

David R. Ferguson, Benjamin Wulff, U.S. Attorney's Office, Fort Smith, AR, for Plaintiff–Appellee.

Bruce Eddy, Assistant, Angela Lorene Pitts, Assistant, Federal Public Defender's Office, Fayetteville, AR, for Defendant–Appellant.

Columbus Lynn White, Leavenworth, KS, pro se.

Before WOLLMAN, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Columbus White appeals the sentence the district court[1] imposed after he pleaded guilty to a felon-in-possession offense. His counsel seeks leave to withdraw and has filed a brief under *Anders v. Califor-*

*nia,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence is substantively unreasonable.

Upon careful review, we conclude that the within-Guidelines-range sentence is not substantively unreasonable. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007) (if sentence is within Guidelines range, appellate court may apply presumption of reasonableness); *United States v. Feemster,* 572 F.3d 455, 461 (8th Cir.2009) (en banc) (appellate review of sentencing decision). Further, having independently reviewed the record in accordance with *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw. The judgment is affirmed.

---

1. The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.